**United States District Court**
**Northern District of New York**

| | | |
|---|---|---|
| Theresa E. Gibson, | ) | Case 5:19-cv-01005-ATB |
| *Plaintiff*, | ) | |
| | ) | Andrew T. Baxter |
| vs. | ) | United States Magistrate Judge |
| | ) | |
| Andrew Saul, | ) | Stipulation – Document Filed Electronically |
| Commissioner of the Social | ) | |
| Security Administration | ) | |
| *Defendant*. | ) | |

**Parties' Stipulation for Remand**

The parties stipulate that the Commissioner's final decision be reversed and that this action be remanded to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g). On remand, the case will be referred to a different Administrative Law Judge ("ALJ"). The ALJ will then offer Plaintiff the opportunity for a new hearing, take any further action needed to complete the administrative record, obtain medical expert evidence, re-assess her residual functional capacity, and issue a new decision.

The parties consent to the entry of judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Respectfully Submitted,

| | |
|---|---|
| Andrew Saul, | Theresa E. Gibson |
| By His Attorneys | By Her Attorney |
| Grant C. Jaquith,<br>United States Attorney | |
| */s/ Lisa G. Smoller*<br>Lisa G. Smoller<br>Special Assistant United States Attorney<br>N.D.N.Y. Bar Roll No. 700999<br>Social Security Administration<br>Office of the General Counsel<br>J.F.K. Federal Building, Room 625<br>Boston, MA 02203<br>(617) 565-4279<br>Lisa.g.smoller@ssa.gov | */s/ Howard D. Olinsky*[1]<br>Howard D. Olinsky<br>Olinsky Law Group<br>300 S. State Street, Suite 420<br>Syracuse, NY 13202<br>(315) 701-5780<br>holinsky@windisability.com |

IT IS SO ORDERED:

_____
Andrew T. Baxter
U.S. Magistrate Judge

Dated:  December 4, 2019
          Syracuse, NY

---

[1] Signed by Lisa Smoller with Howard Olinsky's permission.